JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

# MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: MAIL@MASSOODLAW.COM

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

October 20, 2012

**Via ECF**
Honorable Joseph A. Dickson, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Excell Brands v. 21st Century Perfumes et al
      Docket No. 12-CV-04583-CCC-JAD

Dear Judge Dickson:

  This office represents Plaintiff in the above-referenced matter. Please be advised this matter has been resolved between the parties. We respectfully request entry of an Order dismissing this case as settled without costs.

  Thank you for your consideration of this matter.

            Respectfully,

            ANDREW BRONSNICK, ESQ.

cc: Terence P. Steed, Esq. (Via ECF)